IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,                    PLAINTIFF
ADC #152571

v.                    CASE NO. 5:17CV00099 BSM

RONALD DARTON, et al.                                   DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge Beth Deere and the objections [Doc. No. 9] filed by plaintiff Christopher Robinson have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted with a modification. The recommendation to allow Robinson to proceed on his deliberate-indifference claim against defendant Warton is rejected because Warton was included in error. Robinson, however, is allowed to proceed on his: (1) excessive-force claims against defendants Claudia Harris, Ronald Darton, and Walker, (2) failure-to-protect claims against defendants Spencer, Tonda L. Spencer, and Washington, (3) deliberate-indifference claim against defendant Darton, (4) retaliation claims against defendants Harris and Stevenson, and (5) failure-to-train claims against defendants Kelley and Dexter. The rest of Robinson's claims are dismissed without prejudice.

IT IS SO ORDERED this 21st day of June 2017.

_____
UNITED STATES DISTRICT JUDGE