IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER ROBINSON,**                                           **PLAINTIFF**
**ADC #164517**

**v.**         **CASE NO. 5:17-CV-00099 BSM**

**RONALD DARTON, et al.**                                          **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 53] submitted by United States Magistrate Judge Beth Deere and plaintiff Christopher Robinson's objections [Doc. No. 55] thereto have been received. After *de novo* review of the record, the partial recommended disposition is hereby adopted in its entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 32] is granted. Robinson's claims against defendants Darton, Dexter, Harris, Kelley, T. Spencer, Stephens, and Walker are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE