IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,
ADC #164517                                                                              PLAINTIFF

V.                          CASE NO. 5:17-CV-00099 BSM/BD

RONALD DARTON, et al.                                                                  DEFENDANTS

## RECOMMENDED DISPOSITION

I. **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian Miller. Any party may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, parties may also waive any right to appeal questions of fact.

II. **Discussion**

Christopher Blair Deshaun Robinson, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) The Court screened Mr. Robinson's original and amended complaints, as required by the Prison Litigation Reform Act ("PLRA"), and found that he had stated excessive-force claims against Defendants Harris, Darton, and Walker; failure-to-protect

claims against Defendants Spencer, T. Spencer, and Washington; a deliberate-indifference claim against Defendant Darton; retaliation claims against Defendants Harris and Stephens; and failure-to-train claims against Defendants Kelley and Dexter. All other claims were dismissed. (#15)

Defendants Darton, Dexter, Harris, Kelley, T. Spencer, Stephens, and Walker then moved for summary judgment, contending that Mr. Robinson had failed to exhaust administrative remedies against them before filing suit. (#32) The Court granted the motion and dismissed Mr. Robinson's claims against those Defendants (#58), leaving remaining claims against Defendants Spencer and Washington.

On July 28, 2017, the Court ordered Mr. Robinson to identify and serve Defendants Spencer and Washington by September 22, 2017. (#35) Mr. Robinson later informed the Court that Defendant Spencer and Defendant T. Spencer are the same individual.[1] (#55) Since Defendant T. Spencer has already been dismissed, only Defendant Washington remains.

To date, Mr. Robinson has failed to identify Defendant Washington, as required by the Rules of Civil Procedure and this Court's July 28, 2017 Order. The time for serving Defendant Washington with process has expired.

### III. Conclusion

The Court recommends that Mr. Robinson's claims against Defendant Washington be DISMISSED, without prejudice, based on his failure to comply with this Court's July

---

[1] The Clerk of Court is directed to update the docket sheet to terminate Defendant Spencer.

2

28, 2017 Order and his failure to prosecute his claims. Local Rule 5.5. Mr. Robinson's pending motions (#54, #56) should be DENIED, as moot.

DATED this 11th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE