IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER BLAIR DESHAUN ROBINSON,                             PLAINTIFF
ADC #164517

v.                    CASE NO. 5:17-CV-00099 BSM

RONALD DARTON, et al.                                                        DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 60] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety. Accordingly, Robinson's claims against defendants Spencer and Washington are dismissed without prejudice based on his failure to comply with the July 28, 2017, order [Doc. No. 35] and his failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). Robinson's motion to summons video [Doc. No. 54] and motion for statement [Doc No. 56] are denied as moot.

IT IS SO ORDERED this 31st day of October 2017.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE